UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Criminal No. 09-cr-136-01-JL

Andrew Dillingham

O R D E R

    The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                /s/ Joe Laplante
                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date:  September 21, 2009

cc:  Michael J. Iacopino, Esq.
     Donald A. Feith, AUSA
     U.S. Marshal
     U.S. Probation