```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 09-cr-136-01-JL

<u>Andrew Dillingham</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted.  Continuance limited to 60 days.  No further continuances without a hearing.

The court further asks that counsel comply with the court's orders (see Trial Reminders dated 9/16 and 11/10) that motions to continue be filed more than one week before the Final Pretrial Conference, and that prosecutors do not reflexively assent to motions that do not so comply.  Lack of compliance with the "one week" rule creates extra work for the Deputy Clerks.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                 /s/ Joseph N. Laplante  
                                                 Joseph N. Laplante  
                                                 United States District Judge

Date: November 18, 2009  
cc:  Michael J. Iacopino, Esq.  
     Donald A. Feith, Esq.  
     U.S. Marshal  
     U.S. Probation